IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARLOS OJEDA CHAPPARO,<br><br>      Plaintiff,<br><br>  v.<br><br>WARDEN CUCF et al.,<br><br>      Defendants. | **DISMISSAL ORDER & MEMORANDUM DECISION**<br><br>Case No. 2:10-CV-832 TS<br><br>District Judge Ted Stewart |

    Plaintiff, inmate Carlos Ojeda Chapparo, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2011), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the complaint under § 1915(e), in an Order dated June 24, 2011, the Court determined Plaintiff's complaint was deficient for a variety of reasons.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Petitioner has not responded.  The Court's order was even resent to a new address provided by Petitioner, still with no response.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 30th day of August, 2011.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court